B1 (Official Form 1)(04/13)

| **United States Bankruptcy Court**<br>**Middle District of Florida** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**B & M Industries, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Bodolay Packaging Machinery** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**59-3112679** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2401 Airport Road**<br>**Plant City, FL**<br><br>ZIP Code **33563** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Hillsborough** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☒ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    *** Buddy D. Ford, Esquire 0654711 ***
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                                                                    Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**B & M Industries, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)          (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                              **Page 3**

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**B & M Industries, Inc.**

| Signatures |
| --- |

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Buddy D. Ford, Esquire** _____
Signature of Attorney for Debtor(s)

**Buddy D. Ford, Esquire 0654711**
Printed Name of Attorney for Debtor(s)

**Buddy D. Ford, P.A.**
Firm Name

**115 N. MacDill Ave.**
**Tampa, FL 33609**

_____
Address

                            **Email: All@tampaesq.com**
**(813)877-4669  Fax: (813)877-5543**
Telephone Number

**July 16, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Mostafa Farid** _____
Signature of Authorized Individual

**Mostafa Farid**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**July 16, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
***Tampa Division***

In the Matter of:           }

                                  }   Chapter 11

B & M INDUSTRIES, INC.,     }

                                  }   Case No: 8:15-bk-

    Debtor,               }

_____}

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Mostafa Farid, declare, under penalty of perjury, that I am the President of B & M INDUSTRIES, INC. (the "Corporation"), and that the following is a true and correct copy of the resolutions adopted by the Director(s) of said corporation at a special meeting duly called and held on the __16th__ day of July, 2015.

"**Whereas**, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

**Be It Therefore Resolved**, that Mostafa Farid, President of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter  voluntary bankruptcy case on behalf of the corporation; and

**Be It Further Resolved**, that Mostafa Farid, President of this corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

**Be It Further Resolved**, that Mostafa Farid, President of this corporation is authorized and directed to employ Buddy D. Ford, Esquire, Florida Bar #0654711, attorney and the law firm of *Buddy D. Ford, P.A., 115 N. MacDill Avenue, Tampa, Florida  33609*, to represent the corporation in such bankruptcy case."

Date 7-16-15          Signed _____

                                    Mostafa Farid, President

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re  **B & M Industries, Inc.**                                          Case No. _____

                                          Debtor(s)                Chapter       **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Parmalat Canada, Inc.**<br>**c/o Pallett Valo LLP**<br>**77 City Centre Dr., W. Tower**<br>**Suite 300, Mississauga,**<br>**Ontario L5B 1M5** | **Parmalat Canada, Inc.**<br>**c/o Pallett Valo LLP**<br>**77 City Centre Dr., W. Tower**<br>**Ontario L5B 1M5** | **Judgment** | **Unliquidated** | **480,000.00** |
| **Platinum Bank**<br>**1804 James Redman Pkwy**<br>**Plant City, FL 33563** | **Platinum Bank**<br>**1804 James Redman Pkwy**<br>**Plant City, FL 33563** | **Credit Line** | **Unliquidated** | **99,497.00** |
| **CAN Capital Assets**<br>**Servicing**<br>**c/o Vincent E. Aubrey**<br>**155 N. 400 West, Ste.301**<br>**Salt Lake City, UT 84103** | **CAN Capital Assets Servicing**<br>**c/o Vincent E. Aubrey**<br>**155 N. 400 West, Ste.301**<br>**Salt Lake City, UT 84103** | **Lawsuit** | | **37,628.05** |
| **SunTrust Bank**<br>**Default Recovery Dept**<br>**PO Box 85041**<br>**Richmond, VA 23285-5041** | **SunTrust Bank**<br>**Default Recovery Dept**<br>**PO Box 85041**<br>**Richmond, VA 23285-5041** | **Credit** | | **19,839.39** |
| **Clean Tech Products**<br>**Attn: Stanley H. Eyler**<br>**1126 S. Federal Hwy.**<br>**Fort Lauderdale, FL 33316** | **Clean Tech Products**<br>**Attn: Stanley H. Eyler**<br>**1126 S. Federal Hwy.**<br>**Fort Lauderdale, FL 33316** | **Deposit return** | | **14,600.00** |
| **SunTrust Bank**<br>**Default Recovery Dept**<br>**PO Bxo 85041**<br>**Richmond, VA 23285-5041** | **SunTrust Bank**<br>**Default Recovery Dept**<br>**PO Bxo 85041**<br>**Richmond, VA 23285-5041** | **Credit Line** | **Unliquidated** | **13,500.00** |
| **Pitney Bowes**<br>**Recovery Services**<br>**4901 Belfort Road, Ste. 120**<br>**Jacksonville, FL 32256** | **Pitney Bowes**<br>**Recovery Services**<br>**4901 Belfort Road, Ste. 120**<br>**Jacksonville, FL 32256** | **Shipping** | | **12,143.48** |
| **Rexel, Inc.**<br>**14951 Dallas Pkwy**<br>**Dallas, TX 75254** | **Rexel, Inc.**<br>**14951 Dallas Pkwy**<br>**Dallas, TX 75254** | **Lawsuit** | | **10,453.55** |
| **Motion Industries, Inc.**<br>**PO Box 404130**<br>**Atlanta, GA 30384-4130** | **Motion Industries, Inc.**<br>**PO Box 404130**<br>**Atlanta, GA 30384-4130** | **Purchases** | | **8,594.38** |

B4 (Official Form 4) (12/07) - Cont.

In re    **B & M Industries, Inc.**                                      Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **BMW Bank of N. America Regional Service Center PO Box 3608 Dublin, OH 43016-0306** | **BMW Bank of N. America Regional Service Center PO Box 3608 Dublin, OH 43016-0306** | **2012 BMW (BMW Bank)** | | **41,120.33**<br><br>**(33,000.00 secured)** |
| **Markem Imaje-South Division 100 Cobb Place Bldg. 200 Suite 230 Kennesaw, GA 30144** | **Markem Imaje-South Division 100 Cobb Place Bldg. 200 Suite 230 Kennesaw, GA 30144** | **Purchases** | **Disputed** | **8,111.66** |
| **Advanta PO Box 9217 Old Bethpage, NY 11804-9217** | **Advanta PO Box 9217 Old Bethpage, NY 11804-9217** | **Credit Card** | | **8,103.29** |
| **Pearl Capital Rivis Ventures 40 Exchange Pl #301 New York, NY 10005** | **Pearl Capital Rivis Ventures 40 Exchange Pl #301 New York, NY 10005** | **Lawsuit** | **Unliquidated** | **8,033.00** |
| **Applied Industrial Technolog 22510 Network Place Chicago, IL 60673-1225** | **Applied Industrial Technolog 22510 Network Place Chicago, IL 60673-1225** | **Purchases** | | **6,521.94** |
| **Staples PO Box 7904 Saint Louis, MO 63179** | **Staples PO Box 7904 Saint Louis, MO 63179** | **Credit** | | **5,900.78** |
| **Synchrony Bank - Sam's Club Business Credit PO Box 965004 Orlando, FL 32896-5004** | **Synchrony Bank - Sam's Club Business Credit PO Box 965004 Orlando, FL 32896-5004** | **Credit Card** | | **5,478.80** |
| **McMaster-Carr PO Box 7690 Chicago, IL 60680-7690** | **McMaster-Carr PO Box 7690 Chicago, IL 60680-7690** | **Purchases** | | **5,445.97** |
| **SIO Machining 14241 60th St. N. Clearwater, FL 33760** | **SIO Machining 14241 60th St. N. Clearwater, FL 33760** | **Purchases** | | **4,485.00** |
| **Synchrony Bank - Lowe's c/o Monarch Recovery Mgmt 10965 Decatur Road Philadelphia, PA 19154-3210** | **Synchrony Bank - Lowe's c/o Monarch Recovery Mgmt 10965 Decatur Road Philadelphia, PA 19154-3210** | **Credit** | | **4,469.70** |
| **SunTrust Attn: Bankruptcy Dept. PO Box 85092 MC-VA-WMRK-7952 Richmond, VA 23286** | **SunTrust Attn: Bankruptcy Dept. PO Box 85092 Richmond, VA 23286** | **Credit** | | **4,338.46** |

**B4 (Official Form 4) (12/07) - Cont.**

In re     **B & M Industries, Inc.**                                           Case No. _____

_____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **July 16, 2015**                                     Signature    **/s/ Mostafa Farid**
                                                                         _____
                                                                         **Mostafa Farid**
                                                                         **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Middle District of Florida

In re   **B & M Industries, Inc.**
_____ ,
                                          Debtor

Case No. _____

Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 492,747.32 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 46,997.87 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 10,915.71 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | 917,478.65 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| | | Total Assets | 492,747.32 | | |
| | | | Total Liabilities | 975,392.23 | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Middle District of Florida

In re    **B & M Industries, Inc.**                                      ,      Case No. _____

                                         Debtor

Chapter _____ **11** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **B & M Industries, Inc.**                                                   ,    Case No. _____
                                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
| --- | --- | --- | --- | --- |
| **None** | | | | |

|  |  | Sub-Total > | **0.00** | (Total of this page) |
| --- | --- | --- | --- | --- |
|  |  | Total > | **0.00** | |

**_0_**    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **B & M Industries, Inc.**                                                          ,    Case No. _____
                                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account @ Suncoast Credit Union, Account #xxx6865 (Bodolay Industries) -** | - | 1,240.00 |
| | | **Checking account @ Suncoast Credit Union, Account #xxx7331 (B and M Industries, Inc., dba: Bodolay Packaging Mchnry)  - Holds Contract deposits balances** | - | 81,078.72 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >         82,318.72
(Total of this page)

**3** continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **B & M Industries, Inc.**
                                                   ,      Case No. _____

                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **dba Bodolay Packaging Machinery (no cash value)** | - | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivables** | - | **39,992.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Possible lawsuit against C&F Foods, Inc., 15620 E. Valley Blvd., City of Industry, CA  91744 - owes Debtor balance on Packaging Machine** | - | **143,641.60** |

|  | Sub-Total > | **183,633.60** |
|---|---|---|
|  | (Total of this page) | |

Sheet   **1**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **B & M Industries, Inc.**                                              ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Possible lawsuit against Martin Family Fruit Farm, Ltd., 1420 Lobsinger Line, Waterloo, Ontario N2J 4G8 - balance owed on Packacing Machine** | - | 179,835.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2012 BMW (BMW Bank)** | - | 33,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **All Equipment and other personal property: 2-Welding machines; Spot Welder; Press Brake; Punch Press, Fax machine, Telephone system, Blue Print Machine, Milling Machine, Sandblaster, Bench Lathe, 6-Computers, Desk, Copy Machine, 2-Air Compressors, Plotter, Steel shelt Carts, Conference Table, Band saw, Plasma cutting,  Metal Shear, Fork lift, Desk & Chairs, 2-Cameras, Steel shelves, folding table, Laptop, Flood Lights, Drill press, Vectrax band saw, Computer equipment, 2-Air conditioning units, Sign** | - | 13,960.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| | | | Sub-Total >     (Total of this page) | 226,795.00 |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re      **B & M Industries, Inc.**
_____,      Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >      **0.00**
(Total of this page)

Total >      **492,747.32**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

In re   **B & M Industries, Inc.**                                    ,    Case No. _____
                            Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                   *with respect to cases commenced on or after the date of adjustment.)*
☒ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **NONE.** | | | |

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re **B & M Industries, Inc.**,     Case No. _____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx5925**<br><br>**BMW Bank of N. America Regional Service Center PO Box 3608 Dublin, OH 43016-0306** | - | | Security Agreement<br><br>2012 BMW (BMW Bank)<br><br>Value $    **33,000.00** | | | | 41,120.33 | 8,120.33 |
| Account No.<br><br>**Pacific Capital Companies 11620 Wilshire Blvd, 6th Flr Los Angeles, CA 90025** | - | | UCC-1<br>All Equipment and other personal property: 2-Welding machines; Spot Welder; Press Brake; Punch Press, Fax machine, Telephone system, Blue Print Machine, Milling Machine, Sandblaster, Bench Lathe, 6-Computers, Desk, Copy Machine, 2-Air Compr<br>Value $    **13,960.00** | | | | 5,877.54 | 0.00 |
| Account No.<br><br>**Pacific Capital Companies PO Box 2149 Gig Harbor, WA 98335** | | | Representing:<br>**Pacific Capital Companies**<br><br>Value $ | | | | **Notice Only** | |
| Account No.<br><br> | | | <br><br>Value $ | | | | | |

**0** continuation sheets attached

| | Subtotal<br>(Total of this page) | 46,997.87 | 8,120.33 |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 46,997.87 | 8,120.33 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

In re   **B & M Industries, Inc.**                                                                                         ,   Case No. _____
                                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

        **2**    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re  **B & M Industries, Inc.**                                              ,     Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Bijan Farid** **11572 Balintore Drive** **Riverview, FL 33579** | - | | **Wages** | | | | 10,140.00 | 10,140.00 0.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet **1** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) | 10,140.00 | 10,140.00 0.00

B6E (Official Form 6E) (4/13) - Cont.

In re  **B & M Industries, Inc.**                                                              Case No. _____
                                            Debtor                              ,

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  **Department of Revenue** PO Box 6668 Tallahassee, FL 32314 | - | | Noticing purposes only | | | | 0.00 | 0.00 | 0.00 |
| Account No.  **Internal Revenue Service** PO Box 7346 Philadelphia, PA 19101-7346 | - | | Taxes | | | | 775.71 | 775.71 | 0.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet  **2**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 775.71 | 775.71 / 0.00 |
| Total (Report on Summary of Schedules) | 10,915.71 | 10,915.71 / 0.00 |

B6F (Official Form 6F) (12/07)

In re **B & M Industries, Inc.**
_____,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Purchases | | | | |
| A-A Electric, Inc. PO Box 862303 Orlando, FL 32886-2303 | | - | | | | | | |
| | | | | | | | | 903.83 |
| Account No. xxxx-xxxx-xxxx-0011 | | | | Credit Card | | | | |
| Advanta PO Box 9217 Old Bethpage, NY 11804-9217 | X | - | | | | | | |
| | | | | | | | | 8,103.29 |
| Account No. | | | | | | | | |
| Advanta Bank Corp PO Box 31032 Tampa, FL 33631 | | | | Representing: Advanta | | | | Notice Only |
| Account No. | | | | Purchases | | | | |
| AIN Plastics of Florida PO Box 7247-8234 Philadelphia, PA 19170-8234 | | - | | | | | | |
| | | | | | | | | 733.95 |
| __14__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | 9,741.07 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    S/N:26457-150706    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **B & M Industries, Inc.** _____, Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Purchases | | | | |
| **Allied Electronics, Inc.** <br> **PO Bxo 2325** <br> **Fort Worth, TX 76113-2325** | - | | | | | | **1,144.31** |
| Account No. | | | Purchases | | | | |
| **Applied Industrial Technolog** <br> **22510 Network Place** <br> **Chicago, IL 60673-1225** | - | | | | | | **6,521.94** |
| Account No. | | | UCC-1 - Debtor does not recognize this creditor | | | | |
| **APZB Industries** <br> **300 Ledgewood Place** <br> **Suite 101** <br> **Rockland, MA 02370** | - | | | | | X | **Unknown** |
| Account No. | | | Purchases | | | | |
| **AWC, Inc.** <br> **PO Box 974800** <br> **Dallas, TX 75397-4800** | - | | | | | | **1,237.58** |
| Account No. | | | Balance/fees on Returned vehicle | | | | |
| **BMW Financial Services** <br> **PO Box 1089** <br> **Troy, MI 48099-1089** | - | | | | | X | **4,224.32** |

Sheet no. __1__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **13,128.15**

B6F (Official Form 6F) (12/07) - Cont.

In re   **B & M Industries, Inc.**
_____,   Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bridgefield Employers Ins.**<br>**PO Box 32034**<br>**Lakeland, FL 33802** | - | | Worker's comp | | | | 2,266.33 |
| Account No.<br><br>**CAN Capital Assets Servicing**<br>**c/o Vincent E. Aubrey**<br>**155 N. 400 West, Ste.301**<br>**Salt Lake City, UT 84103** | X - | | Lawsuit | | | | 37,628.05 |
| Account No.<br><br>**CAN Capital Asset Servicing**<br>**414 W. 14th St., 3rd Floor**<br>**New York, NY 10014** | | | **Representing:**<br>**CAN Capital Assets Servicing** | | | | **Notice Only** |
| Account No.<br><br>**Clean Tech Products**<br>**Attn: Stanley H. Eyler**<br>**1126 S. Federal Hwy.**<br>**Fort Lauderdale, FL 33316** | - | | Deposit return | | | | 14,600.00 |
| Account No.<br><br>**Cross Company**<br>**PO Box 601855**<br>**Charlotte, NC 28260-1855** | - | | Purchases | | | | 1,107.45 |

Sheet no. __2__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

55,601.83

B6F (Official Form 6F) (12/07) - Cont.

In re __B & M Industries, Inc._____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Lawsuit | | | | |
| David Rossman, LLC 9 Jules Drive Novato, CA 94947 | - | | | | | X | | 2,010.00 |
| Account No. | | | | Representing: David Rossman, LLC | | | | |
| David Rossman, LLC c/o Richard F. Hussey, Esq. PO Box 14333 Fort Lauderdale, FL 33302-4333 | | | | | | | | Notice Only |
| Account No. | | | | Fines | | | | |
| Dol-Osha 5807 Breckenridge Pkwy Suite A Tampa, FL 33610-4249 | - | | | | | | | 3,500.00 |
| Account No. | | | | Purchases | | | | |
| Electro-Lab II, Inc. PO Box 1889 Dunedin, FL 34697 | - | | | | | | | 1,979.25 |
| Account No. | | | | Purchases | | | | |
| F.N. Sheppard & Co. PO Box 18520 Erlanger, KY 41018-0420 | - | | | | | | | 478.12 |

Sheet no. __3__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      7,967.37

B6F (Official Form 6F) (12/07) - Cont.

In re    **B & M Industries, Inc.**
                                                                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Shipping | | | | |
| FedEx Truckload Brokerage PO Box 645123 Pittsburgh, PA 15264-5123 | | - | | | | | 600.00 |
| Account No. | | | Purchases | | | | |
| Go Electronics 360 Hickman Dr. Sanford, FL 32771 | | - | | | | | 236.88 |
| Account No. | | | Purchases | | | | |
| Gulf Controls Corp PO Box 15100 Tampa, FL 33684 | | - | | | | | 1,964.24 |
| Account No. | | | Purchases | | | | |
| Hughes Supply, Inc. PO Box 4975 Orlando, FL 32802 | | - | | | | | 1,088.45 |
| Account No. | | | Credit | | | | |
| IBIS Capital Group, LLC 29 John F. Kennedy Dr. Stony Point, NY 10980 | | - | | | | | 2,900.00 |

Sheet no. __4__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     6,789.57

B6F (Official Form 6F) (12/07) - Cont.

In re    **B & M Industries, Inc.**
_____,    Case No. _____
                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Purchases | | | | |
| JC Machine, Inc. PO Box 5027 Lakeland, FL 33807-5027 | - | | | | | | | | 631.94 |
| Account No. | | | | | Purchases | | | | |
| Markem Imaje-South Division 100 Cobb Place Bldg. 200 Suite 230 Kennesaw, GA 30144 | - | | | | | | | X | 8,111.66 |
| Account No. | | | | | Purchases | | | | |
| Marquis, Inc. 3 Industry Drive, Unit#5 Palm Coast, FL 32164 | - | | | | | | | | 3,145.00 |
| Account No. **xxxxx5000** | | | | | Purchases | | | | |
| McMaster-Carr PO Box 7690 Chicago, IL 60680-7690 | - | | | | | | | | 5,445.97 |
| Account No. | | | | | Representing: McMaster-Carr | | | | |
| McMaster-Carr c/o Biehl & Biehl, Inc. PO Box 87410 Carol Stream, IL 60188 | | | | | | | | | Notice Only |

Sheet no. __5__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **17,334.57**

B6F (Official Form 6F) (12/07) - Cont.

In re __**B & M Industries, Inc.**_____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Loan(s) - some of the funds were given to him by his brother | | | | |
| **Mostafa Farid** **1702 Charleston Woods Court** **Plant City, FL 33566** | - | | | | | | | | 100,000.00 |
| Account No. | | | | | Purchases | | | | |
| **Motion Industries, Inc.** **PO Box 404130** **Atlanta, GA 30384-4130** | - | | | | | | | | 8,594.38 |
| Account No. | | | | | Purchases | | | | |
| **Newark Electronics** **PO Box 94151** **Palatine, IL 60094-4151** | - | | | | | | | | 189.59 |
| Account No. | | | | | Purchases | | | | |
| **NGI USA** **PO Box 200098** **Pittsburgh, PA 15251-0098** | - | | | | | | | | 1,006.80 |
| Account No. | | | | | Purchases | | | | |
| **Packaging & Converting Hotline** **PO Box 893** **Fort Dodge, IA 50501** | - | | | | | | | | 1,500.00 |

Sheet no. __6__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **111,290.77**

B6F (Official Form 6F) (12/07) - Cont.

In re  **B & M Industries, Inc.**                                      ,        Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Judgment | | | | |
| **Parmalat Canada, Inc.** **c/o Pallett Valo LLP** **77 City Centre Dr., W. Tower** **Suite 300, Mississauga,** **Ontario L5B 1M5** | | - | | | X | | 480,000.00 |
| Account No. | | | Representing: Parmalat Canada, Inc. | | | | |
| **Parmalat Canada, Inc.** **c/o Antonino Cugliari, VP** **405 The W Mall, 10th Flr** **Toronto, Ontario M9C SJI** **Canada** | | | | | | | Notice Only |
| Account No. | | | Representing: Parmalat Canada, Inc. | | | | |
| **Parmalat Canada, Inc.** **c/o Carlton Fields** **100 S.E. Second St.** **Ste. 4200** **Miami, FL 33131** | | | | | | | Notice Only |
| Account No. | | | Lawsuit | | | | |
| **Pearl Capital Rivis Ventures** **40 Exchange Pl #301** **New York, NY 10005** | X | - | | | X | | 8,033.00 |
| Account No. | | | Representing: Pearl Capital Rivis Ventures | | | | |
| **Pearl Capital Rivis Ventures** **c/o Cheryl Lyn Burm, Esq.** **6750 N. Andrews Ave.,Ste.200** **Fort Lauderdale, FL 33309-2180** | | | | | | | Notice Only |

Sheet no. __7__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **488,033.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **B & M Industries, Inc.**                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Purchases | | | | |
| **Pearl Technologies, Inc.** **7412 Solution Center** **Chicago, IL 60677-7004** | | - | | | | | | **3,043.26** |
| Account No. | | | | Shipping | | | | |
| **Pitney Bowes** **Recovery Services** **4901 Belfort Road, Ste. 120** **Jacksonville, FL 32256** | X | - | | | | | | **12,143.48** |
| Account No. | | | | | | | | |
| **Pitney Bowes Global** **Financial Services** **PO Box 856460** **Louisville, KY 40285-6460** | | | | Representing: Pitney Bowes | | | | **Notice Only** |
| Account No. | | | | Returned leased Postage Meter | | | | |
| **Pitney Bowes Global** **PO Box 371887** **Pittsburgh, PA 15250** | | - | | | | | | **1,212.00** |
| Account No. | | | | Credit Line | | | | |
| **Platinum Bank** **1804 James Redman Pkwy** **Plant City, FL 33563** | | - | | | | | X | **99,497.00** |

Sheet no. __8__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**115,895.74**

B6F (Official Form 6F) (12/07) - Cont.

In re   **B & M Industries, Inc.** _____,   Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Platinum Bank** **802 W. Lumsden Rd.** **Brandon, FL 33511** | | | | Representing: **Platinum Bank** | | | | **Notice Only** |
| Account No. **Platinum Bank** **802 W. Lumsden Rd.** **Brandon, FL 33511** | - | | | **Legals fees to notify Parmalat the account was closed** | | | X | **214.50** |
| Account No. **Platinum Bank** **c/o Burr & Forman, LLP** **201 N. Franklin St., #3200** **Tampa, FL 33602** | | | | Representing: **Platinum Bank** | | | | **Notice Only** |
| Account No. **Platinum Bank** **Attn: David Sullivan** **1804 James L Redman Pkwy** **Plant City, FL 33563** | | | | Representing: **Platinum Bank** | | | | **Notice Only** |
| Account No. **Quality Metal Works** **1207 Wood Ct.** **Plant City, FL 33563** | - | | | **Purchases** | | | | **1,344.00** |

Sheet no. __9__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,558.50**

B6F (Official Form 6F) (12/07) - Cont.

In re  **B & M Industries, Inc.**
_____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Purchases | | | | |
| Radwell International, Inc. PO Box 822828 Philadelphia, PA 19182-2828 | - | | | | | | | 1,046.50 |
| Account No. | | | | Purchases | | | | |
| Regina USA 305 E. Mahn Ct. Oak Creek, WI 53154 | - | | | | | | | 1,410.95 |
| Account No. | | | | Lawsuit | | | | |
| Rexel, Inc. 14951 Dallas Pkwy Dallas, TX 75254 | - | | | | | | | 10,453.55 |
| Account No. | | | | Representing: Rexel, Inc. | | | | |
| Rexel, Inc. c/o Marcadis Singer, PA 5104 S. Westshore Blvd. Tampa, FL 33611 | | | | | | | | Notice Only |
| Account No. | | | | Accounting fees | | | | |
| Richard Derk, CPA, PA 1555 Williamsburg Sq. Lakeland, FL 33803-4277 | - | | | | | | | 2,494.21 |

Sheet no. __10__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    15,405.21

B6F (Official Form 6F) (12/07) - Cont.

In re   **B & M Industries, Inc.** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Purchases | | | | |
| Shingle and Gibb 845 Lancer Dr. Moorestown, NJ 08057 | - | | | | | | 2,546.66 |
| Account No. | | | Canadian Attorney in Parmalat case | | | | |
| Gregory Sidiofsky 181 University Ave.,Ste.1800 Toronto, Ontario M5H3M7 | - | | | | | | 2,754.23 |
| Account No. | | | Purchases | | | | |
| SIO Machining 14241 60th St. N. Clearwater, FL 33760 | - | | | | | | 4,485.00 |
| Account No. 6035-5178-1231-6718 | | | Credit | | | | |
| Staples PO Box 7904 Saint Louis, MO 63179 | - | | | | | | 5,900.78 |
| Account No. | | | Purchases | | | | |
| Stine Gear & Machine Co. PO Box 1157 Dallas, NC 28034 | - | | | | | | 263.72 |

Sheet no. __11__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **15,950.39**

B6F (Official Form 6F) (12/07) - Cont.

In re    **B & M Industries, Inc.**                                                    ,      Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Strongarm Designs**<br>**425 Caredean Dr.**<br>**Horsham, PA 19044** | - | | Purchases | | | | 1,750.25 |
| Account No. **xxxx-xxxx-xxxx-2980**<br><br>**SunTrust**<br>**Attn: Bankruptcy Dept.**<br>**PO Box 85092**<br>**MC-VA-WMRK-7952**<br>**Richmond, VA 23286** | - | | Credit | | | | 4,338.46 |
| Account No.<br><br>**SunTrust Bank**<br>**Default Recovery Dept.**<br>**PO Bxo 85041**<br>**Richmond, VA 23285-5041** | | | Representing:<br>SunTrust | | | | Notice Only |
| Account No. **xxxx-xxxx-xxxx-4883**<br><br>**SunTrust Bank**<br>**Default Recovery Dept**<br>**PO Box 85041**<br>**Richmond, VA 23285-5041** | - | | Credit | | | | 19,839.39 |
| Account No.<br><br>**SunTrust Bank**<br>**Default Recovery Dept**<br>**PO Bxo 85041**<br>**Richmond, VA 23285-5041** | - | | Credit Line | | | X | 13,500.00 |

Sheet no. __12__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

39,428.10

B6F (Official Form 6F) (12/07) - Cont.

In re   **B & M Industries, Inc.**                                              ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxxx-xxx452-5** <br><br>**Synchrony Bank - Lowe's** <br>**c/o Monarch Recovery Mgmt** <br>**10965 Decatur Road** <br>**Philadelphia, PA 19154-3210** | | - | Credit | | | | **4,469.70** |
| Account No. <br><br>**GECRB/Lowes** <br>**Attn: Bankruptcy Dept** <br>**PO Box 103104** <br>**Roswell, GA 30076** | | | Representing: <br>**Synchrony Bank - Lowe's** | | | | **Notice Only** |
| Account No. **7715-0904-0807-3260** <br><br>**Synchrony Bank - Sam's Club** <br>**Business Credit** <br>**PO Box 965004** <br>**Orlando, FL 32896-5004** | X | - | Credit Card | | | | **5,478.80** |
| Account No. <br><br>**The Jack Barber Co.** <br>**3905 Tampa Rd.** <br>**Ste. 2311** <br>**Oldsmar, FL 34677** | | - | Purchases | | | | **1,371.97** |
| Account No. <br><br>**Ton-Tex Corp** <br>**PO Box 888283** <br>**Grand Rapids, MI 49588-8283** | | - | Purchases | | | | **63.26** |

Sheet no. __**13**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **11,383.73**

B6F (Official Form 6F) (12/07) - Cont.

In re    **B & M Industries, Inc.**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Purchases | | | | |
| Tri-State Machine Co. PO Box 235 Kings Mountain, NC 28086 | - | | | | | | | 1,671.26 |
| Account No. | | | | Attorney in David Rossman case | | | | |
| Trinkle, Redman, Swanson & Coton, PA PO Box TT Plant City, FL 33564-9040 | - | | | | | | X | 3,000.00 |
| Account No. | | | | Advertisement | | | | |
| UBM Cannon Communications 25589 Network Place Chicago, IL 60673 | - | | | | | | | 2,500.00 |
| Account No. | | | | Freight | | | | |
| UPS PO Box 505820 The Lakes, NV 88905-5820 | - | | | | | | | 799.39 |
| Account No. | | | | | | | | |

Sheet no. __14__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| | Subtotal (Total of this page) | 7,970.65 |
| | Total (Report on Summary of Schedules) | 917,478.65 |

B6G (Official Form 6G) (12/07)

In re   **B & M Industries, Inc.**                        ,       Case No. _____

                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **A B A Properties, LLC**<br>**2401 Airport  Road**<br>**Plant City, FL 33563** | **Landlord** |
| **Bob's Red Mill** | **Contract** |
| **Filter Balls** | **Contract** |
| **Rousseco** | **Contract** |
| **Schulmberger** | **Contract** |
| **Verizon Florida, LLC**<br>**PO Box 920041**<br>**Dallas, TX 75395-0041** | **Telephone & Internet - Service Agreement** |
| **Verizon Wireless**<br>**PO Box 4001**<br>**Acworth, GA 30101** | **Cell Phones - Service Agreement** |

**0**

\_\_\_\_\_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **B & M Industries, Inc.**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Gretchen Farid**<br>**1702 Charleston Woods Court**<br>**Plant City, FL 33566** | **Pitney Bowes**<br>**Recovery Services**<br>**4901 Belfort Road, Ste. 120**<br>**Jacksonville, FL 32256** |
| **Mostafa Farid**<br>**1702 Charleston Woods Court**<br>**Plant City, FL 33566** | **Advanta**<br>**PO Box 9217**<br>**Old Bethpage, NY 11804-9217** |
| **Mostafa Farid**<br>**1702 Charleston Woods Court**<br>**Plant City, FL 33566** | **Synchrony Bank - Sam's Club**<br>**Business Credit**<br>**PO Box 965004**<br>**Orlando, FL 32896-5004** |
| **Mostafa Farid**<br>**1702 Charleston Woods Court**<br>**Plant City, FL 33566** | **CAN Capital Assets Servicing**<br>**c/o Vincent E. Aubrey**<br>**155 N. 400 West, Ste.301**<br>**Salt Lake City, UT 84103** |
| **Mostafa Farid**<br>**1702 Charleston Woods Court**<br>**Plant City, FL 33566** | **Pearl Capital Rivis Ventures**<br>**40 Exchange Pl #301**<br>**New York, NY 10005** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## Middle District of Florida

In re **B & M Industries, Inc.**                                   Case No.

Debtor(s)                                   Chapter    **11**

# BUSINESS INCOME AND EXPENSES

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u>  (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

1. Gross Income For 12 Months Prior to Filing:            $            **678,070.00**

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

2. Gross Monthly Income                                           $            **62,000.00**

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | | |
|---|---|---|
| 3. Net Employee Payroll (Other Than Debtor) | $ | **6,000.00** |
| 4. Payroll Taxes | | **467.00** |
| 5. Unemployment Taxes | | **0.00** |
| 6. Worker's Compensation | | **0.00** |
| 7. Other Taxes | | **33.00** |
| 8. Inventory Purchases (Including raw materials) | | **33,000.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | | **0.00** |
| 10. Rent (Other than debtor's principal residence) | | **6,000.00** |
| 11. Utilities | | **1,333.00** |
| 12. Office Expenses and Supplies | | **1,334.00** |
| 13. Repairs and Maintenance | | **0.00** |
| 14. Vehicle Expenses | | **167.00** |
| 15. Travel and Entertainment | | **333.00** |
| 16. Equipment Rental and Leases | | **0.00** |
| 17. Legal/Accounting/Other Professional Fees | | **1,000.00** |
| 18. Insurance | | **1,500.00** |
| 19. Employee Benefits (e.g., pension, medical, etc.) | | **0.00** |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

DESCRIPTION                                    TOTAL

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| **Advertising** | **300.00** |
| **Trade shows** | **3,333.00** |

22. Total Monthly Expenses (Add items 3-21)                    $            **54,800.00**

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)        $            **7,200.00**

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re **B & M Industries, Inc.**               Case No. _____

                             Debtor(s)           Chapter   **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __29__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **July 16, 2015** _____        Signature   **/s/ Mostafa Farid**_____

                                                       **Mostafa Farid**
                                                       **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Middle District of Florida

In re  **B & M Industries, Inc.**                                                                        Case No. _____

                                                      Debtor(s)                        Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$441,124.87** | **Gross receipts or sales (Estimated - 2015 - Year-to-date) - $17,413.87 plus deposits contracts $423,711`** |
| **$548,242.00** | **Gross receipts or sales (2014)** |
| **$728,326.00** | **Gross receipts or sales (2013)** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                      SOURCE

---

B7 (Official Form 7) (04/13)                                                                                    2

---

**3. Payments to creditors**

None
■          *Complete a. or b., as appropriate, and c.*

a.     *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐          b.     *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See attached transaction ledger** | | **$0.00** | **$0.00** |

None
■          c.     *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐          a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Parmalat Canada, Inc. vs. B&M Industries, Inc., Court Fie No.: CV-12-4548909** | **Civil** | **Ontario Superior Court of Justice, 330 University Avenue, 7th Floor, toronto, Ontario M5G 1R7** | **Judgment** |
| **David Rossman, LLC, dba King Sales & Engineering vs. B&M Industries, Inc. dba Bodalay, Inc., Case No.: 14-CA-005036, Division: H** | **Circuit Civil** | **13th Judicial Circuit in and for Hillsborough County, Florida** | **Pending** |
| **Rexel, Inc. vs. B & M Industries, Inc., Case No.: 14-CC-032787, Division: H** | **County Court - Civil** | **13th Judicial Circuit in and for Hillsborough County, Florida** | **Stpulation to stay entry of Judgment** |
| **CAN Capital Asset Servicing, Inc., fka New Logic Business Loans, Inc., assignee of WebBank Corp vs. B&M Industries, Inc., Et.Al., Case No.: 15-0401423** | **Civil** | **3rd District Court, West Jordan Department, Salt Lake County, State of Utah - 8080 S. Redwood Rd., Ste .1701, West Jordan, UT 84088** | **Pending** |

---

*  *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)                                                                                                                   3

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF<br>PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **Pearl Capital Rivis Ventures, LLC vs. B&M Industries, Inc., Et.Al., Case No: 15-CC-020640, Division L** | **County Civil** | **13th Judicial Circuit in and for Hillsborough County, Florida** | **Pending** |

None
■
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF<br>CREDITOR OR SELLER | DATE OF REPOSSESSION,<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF<br>ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CUSTODIAN | NAME AND LOCATION<br>OF COURT<br>CASE TITLE & NUMBER | DATE OF<br>ORDER | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF<br>PERSON OR ORGANIZATION | RELATIONSHIP TO<br>DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND<br>VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE<br>OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF<br>LOSS WAS COVERED IN WHOLE OR IN PART<br>BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

B7 (Official Form 7) (04/13)

4

#### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Buddy D. Ford, P.A.**<br>**115 N. MacDill Ave.**<br>**Tampa, FL 33609** | **06/30/15 - $10,000 - $3,500 = $6,500**<br>**($3,500 is being held by Buddy D. Ford, PA for the purpose of filing the principal's personal bankruptcy)**<br>**06/16/15 - $7,500** | **$10,000 retainer plus $4,000 costs ($1,717 filing fee + $2,283.00 postage, etc.) Additional fees and/or costs after depletion of the retainer shall be applied for** |

#### 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

#### 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Platinum Bank**<br>**802 W. Lumsden Road**<br>**Brandon, FL 33511** | **Checking account #xxx3001** | **$2,691.31 - 11/20/14** |

#### 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

B7 (Official Form 7) (04/13) 5

---

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NAME AND ADDRESS OF CREDITOR                    DATE OF SETOFF                    AMOUNT OF SETOFF

---

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY

---

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                        NAME USED                            DATES OF OCCUPANCY

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

B7 (Official Form 7) (04/13)                                                                                                6

| NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF<br>SOCIAL-SECURITY OR<br>OTHER INDIVIDUAL<br>TAXPAYER-I.D. NO.<br>(ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND<br>ENDING DATES |
|---|---|---|---|---|

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Gretchen Farid<br>1702 Charleston Woods Court<br>Plant City, FL 33566** | **12/18/1991 (Incorporation) to present** |
| **Ruth K. McDonald, MBA, CGA, EA<br>ArithmeTech, Inc.<br>1555 Williamsburg square<br>Lakeland, FL 33803-4277** | **Mid-2014 to present** |
| **M. Lizzette Sarria<br>On-Site Accounting, Inc.<br>104 N. Evers St., Ste. 101<br>Plant City, FL 33563** | **Kept books & records 2012 thru<br>Mid-2014 -- Prepared 2012 Tax Return** |

B7 (Official Form 7) (04/13)                                                                                                                           7

| NAME AND ADDRESS | | DATES SERVICES RENDERED |
| --- | --- | --- |
| **Richard Derk, CPA, PA**<br>**1555 Williamsburg Square**<br>**Lakeland, FL 33803** | | **Prepared 2011 Tax Return**<br>**Corrected and filed amended 2012 Tax**<br>**Return**<br>**Prepared 2013 Tax Return** |

None
■     b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |

None
■     c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |

None
■     d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
| --- | --- |

### 20. Inventories

None
■     a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
| --- | --- | --- |

None
■     b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
| --- | --- |

### 21 . Current Partners, Officers, Directors and Shareholders

None
■     a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None
☐     b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
| --- | --- | --- |
| **Mostafa Farid**<br>**1702 Charleston Woods Court**<br>**Plant City, FL 33566** | **President / Director / Sole**<br>**Shareholder** | **100%** |
| **Arman Farid**<br>**1702 Charleston Woods Court**<br>**Plant City, FL 33566** | **Vice President** | **0%** |
| **Bijan Farid**<br>**11572 balintore Drive**<br>**Riverview, FL 33579** | **Vice President** | **0%** |
| **Arian Farid**<br>**1702 Charleston Woods Court**<br>**Plant City, FL 33566** | **Vice President** | **0%** |

B7 (Official Form 7) (04/13)                                                                                          8

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Gretchen Farid**<br>**1702 Charleston Woods Court**<br>**Plant City, FL 33566** | **Insider Employee** | **0%** |

---

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Mostafa Farid**<br>**1702 Charleston Woods Court**<br>**Plant City, FL 33566**<br>    **Owner / Officer** | **Weekly - Salary + reimbursement of expenses & draws** | **$1,153.85 gross per week (Year-to-date = $3,461.55 salary)  Debtor's principal recently switched to a salary. Previously Draws were taken collectively on behalf of Mostafa and Gretchen in the approximate amount of $98.311 for last year.** |
| **Arman Farid**<br>**1702 Chaleston Woods Court**<br>**Plant City, FL 33566**<br>    **Officer** | **Weekly - Salary + insurance benefits** | **$140.00 gross per week (Year-to-date = $931.00)** |
| **Bijan Farid**<br>**11572 Balintore Drive**<br>**Riverview, FL 33579**<br>    **Officer** | **Weekly - Salary** | **$780.00 gross per week (Year-to-date = $12,688.00)** |
| **Arian Farid**<br>**1702 Charleston Woods Court**<br>**Plant City, FL 33566**<br>    **Officer** | **Weekly - Salary** | **$140.00 gross per week (Year-to-date = $0.00) - just began working for Debtor** |
| **Gretchen Farid**<br>**1702 Charleston Woods Court**<br>**Plant City, FL 33566**<br>    **Insider Employee** | **Weekly - Salary, Insurance benefit, & draws** | **$769.23 gross per week (Year-to-date = $2,307.69 salary)  Previously draws were taken - see Mostafa withdrawals above)** |

B7 (Official Form 7) (04/13)                                                                                                      9

---

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                           TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

B7 (Official Form 7) (04/13)                                                                                                                          10

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date   **July 16, 2015**                              Signature   **/s/ Mostafa Farid**
                                                                   **Mostafa Farid**
                                                                   **President**


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

8:22 AM
07/17/15
Accrual Basis

# B&M INDUSTRIES INC
## Transactions by Account
### As of July 17, 2015

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|------|------|-----|------|------|-------|--------|---------|
| Bill Pmt -Check | 07/10/2015 | 1137 | GRAINGER | | | 371.29 | 115,674.41 |
| Bill Pmt -Check | 07/10/2015 | 1138 | S AND B METAL PRODUCTS | | | 1,907.00 | 113,767.41 |
| Bill Pmt -Check | 07/10/2015 | 1139 | WHOLESALE PAINT CENTER INC. | | | 73.92 | 113,693.49 |
| Check | 07/13/2015 | 1113 | WORLDSCAPE SUPPLY | | | 819.61 | 112,873.88 |
| Check | 07/13/2015 | 1114 | WORLDSCAPE SUPPLY | | | 238.90 | 112,634.98 |
| Bill Pmt -Check | 07/16/2015 | 1140 | BUDDY FORD PA | | | 7,500.00 | 105,134.98 |
| Bill Pmt -Check | 07/16/2015 | 1141 | BRIAS COMPANY | | | 3,146.80 | 101,988.18 |
| Total Suncoast - Bodolay | | | | B&M INDUSTRIE INC | 416,569.63 | 314,581.45 | 101,988.18 |
| **TOTAL** | | | | | **416,569.63** | **314,581.45** | **101,988.18** |

Page 4

8:27 AM
07/17/15
Accrual Basis

# B&M INDUSTRIES INC
## Transactions by Account
### As of July 17, 2015

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Check | 06/24/15 | 1084 | GRETCHEN FARID | | | 3,502.62 | 223,110.61 |
| Check | 06/24/15 | 1071 | ALI GROUP | | | 502.61 | 222,608.00 |
| Check | 06/24/15 | 1072 | TRI-STATE MACHINE | | | 200.00 | 222,408.00 |
| Check | 06/24/15 | 1081 | ABA PROPERTIES, LLC | | | 3,800.00 | 218,609.70 |
| Check | 06/24/15 | 1082 | WORLDSCAPE SUPPLY | | | 1,107.45 | 217,502.25 |
| Bill Pmt -Check | 06/25/15 | 1103 | PlatinumBank | | | 497.46 | 217,004.79 |
| Paycheck | 06/26/15 | 1124 | GRIFFIN, CECIL H | | | 453.63 | 216,551.13 |
| Paycheck | 06/26/15 | 1125 | FARID, BUAN | | | 453.63 | 216,095.50 |
| Paycheck | 06/26/15 | 188 | GRIFFIN, CECIL H | | | 648.33 | 215,904.80 |
| General Journal | 06/30/15 | 188 | | | | 453.63 | 215,451.17 |
| General Journal | 06/30/15 | 188 | | Debits for June | | 37,658.54 | 177,792.63 |
| Bill Pmt -Check | 06/30/15 | 1105 | CONTROLMATION | McMaster-Carr | | 45.37 | 177,747.26 |
| Bill Pmt -Check | 06/30/15 | 1115 | ALL-FIL, INC. | | | 2,747.50 | 174,993.76 |
| Bill Pmt -Check | 06/30/15 | 1116 | CONTROLMATION | | | 2,512.02 | 172,481.74 |
| Bill Pmt -Check | 06/30/15 | 1116 | SOUTHERN SPRING & STAMPING, INC. | | | 1,557.50 | 170,930.24 |
| Bill Pmt -Check | 06/30/15 | 1117 | PRAXAIR | | | 1,923.70 | 169,006.54 |
| Bill Pmt -Check | 06/30/15 | 1118 | PRAXAIR | VOID. | 0.00 | 601.23 | 168,405.31 |
| Bill Pmt -Check | 07/01/15 | 1097 | HAULINASS DELIVERY SERVICE LLC | courier service | | 94.00 | 168,311.31 |
| Paycheck | 07/01/15 | 1085 | BRASS COMPANY | 16747Q | | 5,853.61 | 162,457.70 |
| Liability Check | 07/02/15 | 1086 | ADAMS AIR AND HYDRAULICS, INC. | | | 2,848.46 | 159,609.22 |
| Liability Check | 07/02/15 | 1088 | FARID, BUAN | | | 646.33 | 158,962.91 |
| Liability Check | 07/02/15 | 1087 | U.S. TREASURY | VOID. 59-3112679 | 0.00 | | 158,962.91 |
| Liability Check | 07/02/15 | 1092 | U.S. TREASURY | VOID. 59-3112679 | 0.00 | | 158,962.91 |
| Bill Pmt -Check | 07/02/15 | 1091 | U.S. TREASURY | VOID. 59-3112679 | 0.00 | | 158,962.91 |
| Paycheck | 07/02/15 | 1090 | U.S. TREASURY | 59-3112679 | | 166.01 | 158,962.91 |
| Liability Check | 07/02/15 | 1091 | U.S. TREASURY | 59-3112679 | | 646.33 | 154,846.32 |
| Liability Check | 07/02/15 | 1092 | U.S. TREASURY | 59-3112679 | | 53.50 | 154,199.99 |
| Liability Check | 07/02/15 | 1093 | U.S. TREASURY | 59-3112679 | | 5,284.40 | 153,588.29 |
| Liability Check | 07/02/15 | 1094 | FARID, ARMAN | | | 401.87 | 148,288.89 |
| Paycheck | 07/03/15 | 1096 | FARID, BUAN | | | 382.00 | 148,235.39 |
| Paycheck | 07/03/15 | 1095 | GRIFFIN, CECIL H | | | 338.26 | 147,897.02 |
| Paycheck | 07/03/15 | 1098 | FARID, MOSTAFA | | | 637.39 | 147,717.02 |
| Paycheck | 07/03/15 | 1093 | FARID, GRETCHEN W | | | 934.58 | 146,747.37 |
| Bill Pmt -Check | 07/03/15 | 1099 | WILLARD ALLISON CLEANING SERVICE | | | 637.38 | 145,812.79 |
| Bill Pmt -Check | 07/03/15 | 1100 | MILLER BEARINGS | | | 958.68 | 145,175.41 |
| Bill Pmt -Check | 07/03/15 | 1101 | TAMPA ELECTRIC | JULY 3 | | 119.29 | 144,216.83 |
| Paycheck | 07/06/15 | 1102 | RICK'S LAWN SERVICE | | | 805.41 | 144,097.54 |
| Paycheck | 07/09/15 | 1103 | ALRO STEEL | | | 541.41 | 143,291.13 |
| Bill Pmt -Check | 07/09/15 | 1104 | ALRO GROUP | | | 2,749.72 | 142,749.72 |
| Bill Pmt -Check | 07/09/15 | 1105 | FARID, GRETCHEN W | | | 1,183.94 | 140,000.00 |
| Bill Pmt -Check | 07/10/15 | 1106 | FARID, MOSTAFA | 0530355371 | | 958.68 | 138,816.06 |
| Bill Pmt -Check | 07/10/15 | 1107 | FARID, ARMAN | JUNE | | 339.33 | 140,814.43 |
| Bill Pmt -Check | 07/10/15 | 1108 | WORLDSCAPE SUPPLY | | | 1,160.02 | 139,634.41 |
| Bill Pmt -Check | 07/10/15 | 1109 | FARID, ARMAN | VOID. | 0.00 | 647.29 | 138,987.12 |
| Bill Pmt -Check | 07/10/15 | 1110 | FARID, BUAN | | | 635.00 | 138,352.12 |
| Bill Pmt -Check | 07/10/15 | 1111 | GRIFFIN, CECIL H | | | 501.75 | 138,643.37 |
| Bill Pmt -Check | 07/10/15 | 1112 | FARID, MOSTAFA | 540174 | | 1,207.00 | 136,153.37 |
| Bill Pmt -Check | 07/10/15 | 1113 | AMERIGAS | 83202063 | | 480.00 | 136,056.39 |
| Bill Pmt -Check | 07/10/15 | 1119 | ATLANTIC CONTROLS CORP | | | 97.98 | 135,719.94 |
| Bill Pmt -Check | 07/10/15 | 1120 | ATLANTIC CONTROLS CORP | | | 339.45 | 135,138.55 |
| Bill Pmt -Check | 07/10/15 | 1121 | BHP MEDIA | | | 581.39 | 129,396.55 |
| Bill Pmt -Check | 07/10/15 | 1122 | CDS PLASTICS | | | 5,742.00 | 129,349.04 |
| Bill Pmt -Check | 07/10/15 | 1123 | CDS PLASTICS | | | 47.51 | 124,099.04 |
| Bill Pmt -Check | 07/10/15 | 1124 | CITY OF PLANT CITY | | | 5,250.00 | 122,890.41 |
| Bill Pmt -Check | 07/10/15 | 1125 | CITY OF PLANT CITY | VOID. | 0.00 | 1,208.63 | 122,890.41 |
| Bill Pmt -Check | 07/10/15 | 1126 | CONTROLMATION | 36030547 | | 52.50 | 122,837.91 |
| Bill Pmt -Check | 07/10/15 | 1127 | ENCO MANUFACTURING CO. | | | 6,474.75 | 116,363.16 |
| Bill Pmt -Check | 07/10/15 | 1128 | FLORIDA FIRE SERVICE, INC. | 674413 | | 70.00 | 116,293.16 |
| Bill Pmt -Check | 07/10/15 | 1129 | OMEGA ENGINERING, INC. | | | 114.90 | 116,383.16 |
| Bill Pmt -Check | 07/10/15 | 1130 | S AND METAL PRODUCTS | PYFL0135 | | 132.56 | 116,045.70 |
| Bill Pmt -Check | 07/10/15 | 1131 | FASTENAL | | | | |
| Bill Pmt -Check | 07/10/15 | 1132 | ARITHMETECH, INC. | | | | |
| Bill Pmt -Check | 07/10/15 | 1133 | BRAAS COMPANY | | | | |
| Bill Pmt -Check | 07/10/15 | 1134 | CDS PLASTICS | VOID. | | | |
| Bill Pmt -Check | 07/10/15 | 1135 | CONVEYOR TECHNOLOGIES, LTD | | | | |
| Bill Pmt -Check | 07/10/15 | 1136 | DOUG BELDEN, TAX COLLECTOR | 36035647 | | | |
| | 07/10/15 | | ENCO MANUFACTURING CO. | BUS LLC | | | |
| | 07/10/15 | | FASTENAL | | | | |

8:25 AM
07/17/15
Accrual Basis

# B&M INDUSTRIES INC
## Transactions by Account
### As of July 17, 2015

| Type | Date | Num | Name | Memo | Clr | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| **Suncoast - B&M** | | | | | | | | |
| Bill Pmt -Check | 04/01/15 | 10174 | RICK'S LAWN SERVICE | | X | | 165.00 | 5,504.50 |
| Bill Pmt -Check | 04/01/15 | 10175 | WESTFIELD INSURANCE | marchpledge and april 1 cut | X | | 1,309.20 | 5,195.30 |
| General Journal | 04/01/15 | 180 | CITY OF PLANT CITY | lia./property ins. acct. 0503362367 | X | | 3,859.79 | 3,830.30 |
| General Journal | 04/01/15 | 181 | | WATER BILL | X | | | -29.49 |
| General Journal | 04/01/15 | 181 | | WATER BILL | X | 1,500.00 | | 1,470.51 |
| General Journal | 04/01/15 | 181 | | transfer acal | X | | 2,781.21 | -310.70 |
| General Journal | 04/01/15 | 181 | | taco water bill | X | | | -310.70 |
| Bill Pmt -Check | 04/10/15 | 10176 | TAMPA ELECTRIC | | X | 1,000.00 | | -256.31 |
| Payment | 04/10/15 | | | 0530383771 | X | 54.39 | | 243.69 |
| General Journal | 05/26/15 | | HARVEST MANOR FARMS | | X | 500.00 | | 6.83 |
| General Journal | 05/26/15 | 182 | ADT SECURITY SERVICES | | X | 133.11 | | 138.94 |
| Payment | 05/26/15 | 182 | ADT SECURITY SERVICES | | X | 236.88 | | 20.20 |
| Bill Pmt -Check | 06/01/15 | | HARVEST MANOR FARMS | | X | 500.00 | 119.74 | 520.20 |
| General Journal | 06/02/15 | | GRETCHEN FUND | gretchen transfer from personal | X | 280.95 | | 801.15 |
| Check | 06/02/15 | | GULF RICE MILLING, INC. | | X | 0.00 | | 801.15 |
| Check | 06/02/15 | | FLORIDA UC FUND | | X | 2,638.04 | | 3,437.19 |
| Bill Pmt -Check | 05/03/15 | 10177 | DOUG BELDEN, TAX COLLECTOR | VOID: | X | 0.00 | | 3,437.19 |
| Payment | 06/02/15 | | REXEL | | X | 25.00 | | 3,412.19 |
| Bill Pmt -Check | 05/03/15 | 10178 | | TAG NUMBER 372 LFH | X | 46.85 | | 3,365.34 |
| Check | 09/12/15 | 10181 | | CASHIERS CHECK | X | 1,500.00 | | 1,865.34 |
| General Journal | 09/12/15 | | | | X | | | 9,365.34 |
| Bill Pmt -Check | 06/12/15 | 187 | PITNEY BOWES GLOBAL FINANCIAL SERVICES | | X | 1,250.00 | | 10,615.34 |
| General Journal | 06/16/15 | 187 | | VOID: ACCT. 9777724-003 | X | 0.00 | | 10,615.34 |
| Bill Pmt -Check | 06/16/15 | 10180 | | | X | 1,000.00 | | 11,615.34 |
| Bill Pmt -Check | 06/30/15 | 188 | VERIZON | Gretchen Fand | X | 7,500.00 | | 215.68 |
| Bill Pmt -Check | 06/30/15 | 188 | VERIZON | VOID 913-754-9960 | X | | 11,399.96 | 215.68 |
| General Journal | 06/30/15 | 191 | VERIZON WIRELESS | Motion Industries | X | | | 215.68 |
| Bill Pmt -Check | 07/02/15 | | VERIZON WIRELESS | QuickBooks generated zero amount transaction for bill payment stub | X | 0.00 | | 215.68 |
| Bill Pmt -Check | 07/02/15 | | ADT SECURITY SERVICES | QuickBooks generated zero amount transaction for bill payment stub | X | 0.00 | | 215.68 |
| Bill Pmt -Check | 07/02/15 | | PMMI | QuickBooks generated zero amount transaction for bill payment stub | X | 0.00 | | 215.68 |
| **Total Suncoast - B&M** | | | | | | 16,354.49 | 21,443.31 | 215.68 |
| **TOTAL** | | | | | | 16,354.49 | 21,443.31 | 215.68 |

8:26 AM
07/17/15
Accrual Basis

# B&M INDUSTRIES INC
## General Journal Transaction
### April 30, 2015

| Num | Name | Memo | Account | Class | Debit | Credit |
|-----|------|------|---------|-------|-------|--------|
| 195 | | Hostway | Computer & Internet... | | 14.95 | |
| | | 3 Essentials | Computer & Internet... | | 10.95 | |
| | | Hostway | Computer & Internet... | | 19.95 | |
| | | Platinum Bank | Rent Expense | | 3,300.00 | |
| | | USPS for Cor... | Postage & Delivery | | 18.11 | |
| | | Lowe's | Office Expense | | 68.15 | |
| | | Blue Cross | Insurance - Medical | | 863.59 | |
| | | Herman & He... | Legal & Professional... | | 750.00 | |
| | | 3 Essentials | Computer & Internet... | | 10.95 | |
| | | Card King | Customer Deposits | | 100.00 | |
| | | Fastenal | Cost of Goods Sold | | 21.40 | |
| | | Verizon Wirel... | Telephone | | 249.13 | |
| | | Fastenal | Cost of Goods Sold | | 41.07 | |
| | | B&M corp ren... | Licenses/Fees | | 150.00 | |
| | | USPS to Coat... | Postage & Delivery | | 30.00 | |
| | | Hostway | Suncoast #3 | | | 5,648.25 |
| | | | | | 5,648.25 | 5,648.25 |
| | **TOTAL** | | | | **5,648.25** | **5,648.25** |

8:27 AM
07/17/15
Accrual Basis

# B&M INDUSTRIES INC
## General Journal Transaction
### April 30, 2015

| Num | Name | Memo | Account | Class | Debit | Credit |
|---|---|---|---|---|---|---|
| 196 | | Westfield | INSURANCE | | 1,026.15 | |
| | | Hostway | Computer & Internet... | | 19.95 | |
| | | USPS | Postage & Delivery | | 3.30 | |
| | | USPS | Postage & Delivery | | 12.25 | |
| | | Lowe's | Cost of Goods Sold | | 15.95 | |
| | | Cost of Good... | Cost of Goods Sold | | 290.34 | |
| | | Platinum Bank | Rent Expense | | 7,000.00 | |
| | | USPS | Postage & Delivery | | 9.80 | |
| | | USPS | Postage & Delivery | | 18.11 | |
| | | Matheson | Cost of Goods Sold | | 42.06 | |
| | | Fastenal | Cost of Goods Sold | | 46.81 | |
| | | BDI for tubing... | Cost of Goods Sold | | 200.00 | |
| | | Coating Soluti... | Cost of Goods Sold | | 211.87 | |
| | | Habasit | Postage & Delivery | | 8.10 | |
| | | PMMI membe... | Dues & Subscriptions | | 1,500.00 | |
| | | Staples | Office Supplies | | 66.32 | |
| | | BMW | N/P - Vehicle Loan | | 684.26 | |
| | | Herman & He... | Legal & Professional... | | 800.00 | |
| | | Tires Plus | Auto/Truck Expense | | 398.31 | |
| | | USPS | Postage & Delivery | | 68.76 | |
| | | Walmart | Office Expense | | 40.47 | |
| | | Lowe's | Cost of Goods Sold | | 2.12 | |
| | | Lowe's | Cost of Goods Sold | | 4.16 | |
| | | Clean Tech/C... | Customer Deposits | | 100.00 | |
| | | Platinum Bank | Rent Expense | | 4,110.48 | |
| | | Lowe's | Cost of Goods Sold | | 8.50 | |
| | | ArithmeTech,... | Accounting | | 4,875.00 | |
| | | Blue Cross | Insurance - Medical | | 863.59 | |
| | | Platinum Bank | Interest Expense | | 1,111.87 | |
| | | Westfield | Suncoast #3 | | 248.31 | |
| | | BMW | Interest Expense | | | 23,786.84 |

| | | | | | | |
|---|---|---|---|---|---|---|
| TOTAL | | | | | 23,786.84 | 23,786.84 |
| | | | | | 23,786.84 | 23,786.84 |

8:33 AM
07/17/15
Accrual Basis

# B&M INDUSTRIES INC
## Transactions by Account
### As of July 17, 2015

| Type | Date | Num | Name | Memo | Clr | Debit | Credit | Balance |
|------|------|-----|------|------|-----|-------|--------|---------|
| **Suncoast #3** | | | | | | | | |
| General Journal | 01/01/15 | 201 | | Payments made out of Gretchen's personal acc... | | | | 0.00 |
| General Journal | 01/05/15 | 192 | | | | 52,872.45 | | 52,872.45 |
| General Journal | 02/18/15 | 193 | | Platinum Bank | | | 6,796.22 | 46,076.23 |
| General Journal | 03/31/15 | 194 | | Platinum Bank | | | 10,000.00 | 36,076.23 |
| Bill Pmt -Check | 04/18/15 | | | Platinum Bank | | | 5,645.04 | 30,431.19 |
| Bill Pmt -Check | 04/30/15 | | CITY OF PLANT CITY | | | | 362.65 | 30,068.54 |
| General Journal | 04/30/15 | 195 | ALRO GROUP | | | | 420.00 | 29,648.54 |
| General Journal | 04/30/15 | 198 | | Hostway | | | 5,648.25 | 24,000.29 |
| General Journal | 06/30/15 | 188 | | Westfield | | | 23,786.84 | 213.45 |
| | | | | Paid out of personal account | | | 213.45 | 0.00 |
| **Total Suncoast #3** | | | | | | 52,872.45 | 52,872.45 | 0.00 |
| **TOTAL** | | | | | | 52,872.45 | 52,872.45 | 0.00 |

8:22 AM
07/17/15
Accrual Basis

# B&M INDUSTRIES INC
## Transactions by Account
### As of July 17, 2015

**Suncoast - Bodoily**

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Paycheck | 04/23/15 | 1122 | FARID, BUAN | | | 646.33 | -646.33 |
| Paycheck | 04/10/15 | 1121 | FARID, BUAN | | | 646.33 | -1,292.66 |
| Paycheck | 04/17/15 | 1120 | FARID, BUAN | | | 646.33 | -1,938.99 |
| Payment | 04/24/15 | 183 | BOB'S RED MILL | Cash taken by Gretchen to pay bills | 120,960.00 | | 119,021.01 |
| Payment | 04/24/15 | 184 | | | | 50,000.00 | 69,021.01 |
| General Journal | 04/24/15 | 184 | | Account opening - personal funds | 5.00 | | 69,026.01 |
| General Journal | 04/24/15 | 184 | | Account opening - personal funds | 45.00 | | 69,071.01 |
| General Journal | 04/24/15 | 184 | | Redeposit from personal funds | 2,000.00 | | 71,071.01 |
| General Journal | 04/24/15 | 184 | | Redeposit from personal funds | 2,000.00 | | 73,071.01 |
| Paycheck | 04/24/15 | 184 | | Redeposit from personal funds | 5,000.00 | | 78,071.01 |
| General Journal | 04/24/15 | 184 | | QuickBooks generated zero amount transac... | 0.00 | | 78,071.01 |
| General Journal | 04/24/15 | 184 | | QuickBooks generated zero amount transac... | 0.00 | | 78,071.01 |
| Check | 04/28/15 | | | QuickBooks generated zero amount transac... | 0.00 | | 78,071.01 |
| Check | 04/28/15 | | | QuickBooks generated zero amount transac... | 0.00 | | 78,071.01 |
| Check | 04/28/15 | 1119 | FARID, BUAN | VOID: SENT MONEY ORDER FROM PERS... | | 646.33 | 77,424.68 |
| Check | 05/04/15 | 1118 | CLEANTECH | | | 100.00 | 77,324.68 |
| Bill Pmt -Check | 04/20/15 | 0101 | ALRO GROUP | | | 217.45 | |
| Bill Pmt -Check | 04/20/15 | 0102 | 84 LUMBER | | | 679.10 | |
| Bill Pmt -Check | 04/30/15 | 0103 | BRIGHT HOUSE NETWORKS | | | 500.00 | |
| Bill Pmt -Check | 04/30/15 | 0104 | CITY OF PLANT CITY | | | 1,000.00 | |
| Paycheck | 05/01/15 | 0118 | UPS SUPPLY CHAIN | | | 172.70 | |
| Bill Pmt -Check | 05/04/15 | 0116 | FARID, BUAN | | | 55.00 | |
| Bill Pmt -Check | 05/04/15 | 106 | STRONGARM DESIGNS | | | 233.00 | |
| Bill Pmt -Check | 05/04/15 | 0113 | SIO MACHINING | | | 5,644.65 | |
| Bill Pmt -Check | 05/04/15 | 0107 | DIFFLEY-WRIGHT CORP. | | | 5,000.00 | |
| Check | 05/04/15 | 112 | SOUTHERN SPRING & STAMPING, INC. | | | 55.49 | |
| Check | 05/04/15 | 0108 | MOTION INDUSTRIES, INC. | | | 58.84 | |
| Check | 05/04/15 | 0109 | ALRO GROUP | | | 55.49 | |
| Check | 05/07/15 | 0114 | RICKS LAWN SERVICE | | | 64.17 | |
| Check | 05/07/15 | 0111 | MACTRON ENGINEERING SDN BHD | | | 646.33 | |
| Check | 05/07/15 | 1025 | TAMPA ELECTRIC | april ??? | 1,266.00 | | |
| Check | 05/07/15 | 1026 | ADAMS AIR AND HYDRAULICS, INC. | 167,470 | | 217.45 | |
| Bill Pmt -Check | 05/07/15 | 1027 | BRAAS COMPANY | | | 500.00 | |
| Bill Pmt -Check | 05/08/15 | 110 | Corbett and Pankratz | | | 875.00 | |
| Paycheck | 05/08/15 | 0111 | GRETCHEN FARID | | | 119.92 | |
| Check | 05/08/15 | 1117 | SUN GLO PLATING | | | 354.95 | |
| Bill Pmt -Check | 05/08/15 | 1004 | WORLDSCAPE SUPPLY | | | 232.59 | |
| Payment | 05/13/15 | 1002 | GRETCHEN FARID | | | 322.04 | |
| Bill Pmt -Check | 05/13/15 | 1001 | WORLDSCAPE SUPPLY | | | 170.94 | |
| Bill Pmt -Check | 05/13/15 | 1003 | QUILL | | | 434.40 | |
| Bill Pmt -Check | 05/13/15 | 1005 | CAPITAL OFFICE PRODUCTS | 05656021 | | 273.05 | |
| Bill Pmt -Check | 05/13/15 | 1008 | ZEPHYRHILLS SPRING WATER | 0002249845 | | 1,500.00 | |
| Bill Pmt -Check | 05/13/15 | 1007 | FARID, BUAN | | | 1,500.00 | |
| Bill Pmt -Check | 05/13/15 | 1008 | KAMAN | | | 100.00 | |
| Bill Pmt -Check | 05/13/15 | 1010 | ARITHMATECH, INC | 168180 | | 648.33 | |
| Paycheck | 05/14/15 | 1010 | GULF CONTROLS CORP | | | 463.63 | |
| Paycheck | 05/15/15 | 125 | CATAMOUNT MACHINE WORKS | | | 61.64 | |
| Payment | 05/15/15 | 126 | LABOR FINDERS | | | 271.53 | |
| Bill Pmt -Check | 05/15/15 | 1115 | AMERIGAS | 8302083 | | 250.00 | |
| Bill Pmt -Check | 05/15/15 | 1116 | AUTOMATIONDIRECT.COM | 15412 | | 140.00 | |
| Bill Pmt -Check | 05/15/15 | 1123 | FASTENAL | | | 38.00 | |
| Bill Pmt -Check | 05/19/15 | 1011 | MATHESON | | | | |
| Bill Pmt -Check | 05/19/15 | 1013 | WHOLESALE PAINT CENTER, INC. | | | | |
| Bill Pmt -Check | 05/19/15 | 1012 | MILLER BEARINGS | | | | |
| Bill Pmt -Check | 05/20/15 | 1014 | REXEL | | | | |
| Bill Pmt -Check | 05/20/15 | 1015 | KING SALES & ENGINEERING | | | | |
| Bill Pmt -Check | 05/20/15 | 1016 | CLEANTECH | | | | |
| | | | ROUSECO, INC. | REFUND DOWN PAYMENT | 105,441.00 | | 142,252.86 |
| | | | FARID, ARMAN | | | | |
| | | | GRIFFIN, GEDL H | | | | |
| | | | FED EX | 1563-70055-5 | | | |
| | | | DOL-OSHA | | | | |
| | | | ENCO MANUFACTURING CO | #921325 | | | |
| | | | FEDEX TRUCKLOAD BROKERAGE | 36035647 | | 200.00 | |
| | | | F.N. SHEPPARD & CO | sending cashiers check to marcaidis | | 200.00 | |
| | | | TRI-STATE MACHINE | sending cashiers check to hussey | | 500.00 | 139,634.03 |

8:22 AM
07/17/15
Accrual Basis

# B&M INDUSTRIES INC
## Transactions by Account
### As of July 17, 2015

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|------|------|-----|------|------|-------|--------|---------|
| Bill Pmt -Check | 05/20/2015 | 1017 | SIG MACHINING | | | 500.00 | 139,134.50 |
| Bill Pmt -Check | 05/20/2015 | 1018 | MARQUIS, INC. | | | 497.00 | 138,637.03 |
| Bill Pmt -Check | 05/20/2015 | 1019 | CASH | | 1,000.00 | | 137,637.03 |
| Paycheck | 05/22/2015 | 1112 | UPS SUPPLY CHAIN | | | 7.47 | 137,629.56 |
| Paycheck | 05/22/2015 | 1113 | FARID, IMAN | | | 61.65 | 137,567.91 |
| Paycheck | 05/22/2015 | 1114 | FARID, IMAN | | | 646.33 | 136,921.58 |
| Paycheck | 05/22/2015 | 1096 | GRIFFIN, CECIL H | | | 453.63 | 136,467.95 |
| Bill Pmt -Check | 05/28/2015 | 1109 | CLEANTECH | | | 500.00 | 135,967.95 |
| Bill Pmt -Check | 05/28/2015 | 1111 | SOUTHERN SPRING & STAMPING, INC. | | | 100.00 | 135,867.95 |
| Paycheck | 05/29/2015 | 1110 | FARID, IMAN | | | 61.64 | 135,806.31 |
| Paycheck | 05/29/2015 | 1111 | FARID, IMAN | | | 646.33 | 135,159.98 |
| Paycheck | 05/29/2015 | 1112 | GRIFFIN, CECIL H | | | 453.63 | 134,706.35 |
| General Journal | 05/31/2015 | 185 | | REFUND DOWN PAYMENT | | 61.65 | 134,644.70 |
| General Journal | 05/31/2015 | 185 | | | | 61.64 | 134,583.06 |
| General Journal | 05/31/2015 | 185 | | | | 61.65 | 134,521.41 |
| General Journal | 05/31/2015 | 185 | | | | 61.64 | 134,459.77 |
| General Journal | 05/31/2015 | 185 | | | | 646.33 | 133,813.44 |
| General Journal | 05/31/2015 | 185 | | | | 646.33 | 133,167.11 |
| General Journal | 05/31/2015 | 185 | | | | 453.63 | 132,713.48 |
| General Journal | 05/31/2015 | 185 | | | | 453.63 | 132,259.85 |
| General Journal | 05/31/2015 | 185 | | Entry to offset paychecks | | 453.63 | 131,806.22 |
| Payment | 06/03/2015 | | | | 2,775.84 | | 134,582.06 |
| Check | 06/03/2015 | 120 | GRETCHEN FARID | | | 40.00 | 134,542.06 |
| Check | 06/03/2015 | 1044 | MATHESON | | | 5,000.00 | 129,542.06 |
| Bill Pmt -Check | 06/04/2015 | 119 | SCHLUMBERGER TECHNOLOGY CORP. | | | 399.60 | 129,142.46 |
| Bill Pmt -Check | 06/04/2015 | 1038 | CITY OF PLANT CITY | | | 537.75 | 128,604.71 |
| Bill Pmt -Check | 06/05/2015 | 1035 | FLORIDA INS. CENTER | | | 183.40 | 128,421.31 |
| Bill Pmt -Check | 06/05/2015 | 1038 | ALRO GROUP | | | 646.33 | 127,774.98 |
| Check | 06/05/2015 | 1097 | PACIFIC CAP LOAN | | | 364.50 | 127,410.48 |
| Check | 06/05/2015 | 1098 | KAMAN | | | 364.50 | 127,045.98 |
| Payment | 06/08/2015 | 1099 | CONTROLADATION | | | 500.00 | 126,545.98 |
| Check | 06/08/2015 | 1100 | J.W. WINCO, INC. | | | 500.00 | 126,045.98 |
| Check | 06/08/2015 | 1045 | KLINGSPOR ABRASIVES, INC. | | | 241.71 | 125,804.27 |
| Bill Pmt -Check | 06/08/2015 | 1057 | | | | 117.49 | 125,686.78 |
| Check | 06/08/2015 | 1043 | | | | 281.69 | 125,405.09 |
| Check | 06/08/2015 | 1054 | | | | 146.96 | 125,258.13 |
| Check | 06/08/2015 | 1057 | | | | 119.73 | 125,138.40 |
| Check | 06/09/2015 | 189 | | | | 453.63 | 124,684.77 |
| General Journal | 06/09/2015 | 3369187 | | | | 648.33 | 124,036.44 |
| Check | 06/09/2015 | 1101 | BRUCKNER SUPPLY | | | 9,226.30 | 114,810.14 |
| Check | 06/09/2015 | 1102 | GULF RICE MILLING, INC. | | | 61.73 | 114,748.41 |
| General Journal | 06/11/2015 | 1103 | FARID, IMAN | | | 62.28 | 114,686.13 |
| Payment | 06/12/2015 | 1079 | GRIFFIN, CECIL H | | | 5,040.00 | 109,646.13 |
| General Journal | 06/12/2015 | 187 | TRI-STATE MACHINE | | | 30.26 | 109,615.87 |
| Payment | 06/12/2015 | 1059 | PRECISE MOTION & CONTROL, INC. | Refund duplicate payment from FedEx | 33.34 | | 109,649.21 |
| Check | 06/12/2015 | 187 | ZIELINSKI, FREDERICK W | | 1,946.00 | | 111,595.21 |
| Paycheck | 06/12/2015 | 1070 | GRETCHEN FARID | | 386.45 | | 111,981.66 |
| Paycheck | 06/16/2015 | 1067 | WORLDSCAPE SUPPLY | | | 61.65 | 111,920.01 |
| Check | 06/16/2015 | 1082 | S AND B METAL PRODUCTS | | | 646.33 | 111,273.68 |
| Check | 06/19/2015 | 1104 | WORLDSCAPE SUPPLY | | | 453.63 | 110,820.05 |
| General Journal | 06/19/2015 | 1105 | WORLDSCAPE SUPPLY | 476373 | | 410.14 | 110,409.91 |
| Check | 06/19/2015 | 1106 | PRECISE MOTION & CONTROL, INC. | | | 200.00 | 110,209.91 |
| Paycheck | 06/19/2015 | 1069 | FARID, IMAN | | | 143.15 | 110,066.76 |
| Paycheck | 06/19/2015 | 1066 | FARID, IMAN | | | 648.33 | 109,418.43 |
| Paycheck | 06/19/2015 | | GRIFFIN, CECIL H | | | 453.63 | 108,964.80 |
| Paycheck | 06/19/2015 | | MSC INDUSTRIAL SUPPLY CO. | | | 92.91 | 108,871.89 |
| Paycheck | 06/19/2015 | | DIFFLEY-WRIGHT CORP. | | | 356.50 | 108,515.39 |

# United States Bankruptcy Court
## Middle District of Florida

In re    **B & M Industries, Inc.**                                                ,    Case No. _____

                                              Debtor    Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Mostafa Farid**<br>**1702 Charleston Woods Court**<br>**Plant City, FL 33566** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**July 16, 2015**_____    Signature_**/s/ Mostafa Farid**_____
                                                      **Mostafa Farid**
                                                      **President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

__**0**__ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Florida

In re  __B & M Industries, Inc.__ _____  Case No. _____
                                        Debtor(s)    Chapter    __11__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:  __July 16, 2015__ _____  __/s/ Mostafa Farid__ _____
                                        __Mostafa Farid__/__President__
                                        Signer/Title

B & M Industries, Inc.
2401 Airport Road
Plant City, FL 33563

Buddy D. Ford, Esquire
Buddy D. Ford, P.A.
115 N. MacDill Ave.
Tampa, FL 33609

A-A Electric, Inc.
PO Box 862303
Orlando, FL 32886-2303

Advanta
PO Box 9217
Old Bethpage, NY 11804-9217

Advanta Bank Corp
PO Box 31032
Tampa, FL 33631

AIN Plastics of Florida
PO Box 7247-8234
Philadelphia, PA 19170-8234

Allied Electronics, Inc.
PO Bxo 2325
Fort Worth, TX 76113-2325

Applied Industrial Technolog
22510 Network Place
Chicago, IL 60673-1225

APZB Industries
300 Ledgewood Place
Suite 101
Rockland, MA 02370

AWC, Inc.
PO Box 974800
Dallas, TX 75397-4800

BMW Bank of N. America
Regional Service Center
PO Box 3608
Dublin, OH 43016-0306

BMW Financial Services
PO Box 1089
Troy, MI 48099-1089

Bridgefield Employers Ins.
PO Box 32034
Lakeland, FL 33802

CAN Capital Asset Servicing
414 W. 14th St., 3rd Floor
New York, NY 10014

CAN Capital Assets Servicing
c/o Vincent E. Aubrey
155 N. 400 West, Ste.301
Salt Lake City, UT 84103

Clean Tech Products
Attn: Stanley H. Eyler
1126 S. Federal Hwy.
Fort Lauderdale, FL 33316

Cross Company
PO Box 601855
Charlotte, NC 28260-1855

David Rossman, LLC
9 Jules Drive
Novato, CA 94947

David Rossman, LLC
c/o Richard F. Hussey, Esq.
PO Box 14333
Fort Lauderdale, FL 33302-4333

Department of Revenue
PO Box 6668
Tallahassee, FL 32314

Dol-Osha
5807 Breckenridge Pkwy
Suite A
Tampa, FL 33610-4249

Electro-Lab II, Inc.
PO Box 1889
Dunedin, FL 34697

F.N. Sheppard & Co.
PO Box 18520
Erlanger, KY 41018-0420

Bijan Farid
11572 Balintore Drive
Riverview, FL 33579

FedEx Truckload Brokerage
PO Box 645123
Pittsburgh, PA 15264-5123

GECRB/Lowes
Attn: Bankruptcy Dept
PO Box 103104
Roswell, GA 30076

Go Electronics
360 Hickman Dr.
Sanford, FL 32771

Gulf Controls Corp
PO Box 15100
Tampa, FL 33684

Hughes Supply, Inc.
PO Box 4975
Orlando, FL 32802

IBIS Capital Group, LLC
29 John F. Kennedy Dr.
Stony Point, NY 10980

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JC Machine, Inc.
PO Box 5027
Lakeland, FL 33807-5027

Markem Imaje-South Division
100 Cobb Place Bldg. 200
Suite 230
Kennesaw, GA 30144

Marquis, Inc.
3 Industry Drive, Unit#5
Palm Coast, FL 32164

McMaster-Carr
PO Box 7690
Chicago, IL 60680-7690

McMaster-Carr
c/o Biehl & Biehl, Inc.
PO Box 87410
Carol Stream, IL 60188

Mostafa Farid
1702 Charleston Woods Court
Plant City, FL 33566

Motion Industries, Inc.
PO Box 404130
Atlanta, GA 30384-4130

Newark Electronics
PO Box 94151
Palatine, IL 60094-4151

NGI USA
PO Box 200098
Pittsburgh, PA 15251-0098

Pacific Capital Companies
11620 Wilshire Blvd, 6th Flr
Los Angeles, CA 90025

Pacific Capital Companies
PO Box 2149
Gig Harbor, WA 98335

Packaging & Converting
Hotline
PO Box 893
Fort Dodge, IA 50501

Parmalat Canada, Inc.
c/o Pallett Valo LLP
77 City Centre Dr., W. Tower
Suite 300, Mississauga,
Ontario L5B 1M5

Parmalat Canada, Inc.
c/o Antonino Cugliari, VP
405 The W Mall, 10th Flr
Toronto, Ontario M9C SJI
Canada

Parmalat Canada, Inc.
c/o Carlton Fields
100 S.E. Second St.
Ste. 4200
Miami, FL 33131

Pearl Capital Rivis Ventures
40 Exchange Pl #301
New York, NY 10005

Pearl Capital Rivis Ventures
c/o Cheryl Lyn Burm, Esq.
6750 N. Andrews Ave.,Ste.200
Fort Lauderdale, FL 33309-2180

Pearl Technologies, Inc.
7412 Solution Center
Chicago, IL 60677-7004

Pitney Bowes
Recovery Services
4901 Belfort Road, Ste. 120
Jacksonville, FL 32256

Pitney Bowes Global
PO Box 371887
Pittsburgh, PA 15250

Pitney Bowes Global
Financial Services
PO Box 856460
Louisville, KY 40285-6460

Platinum Bank
1804 James Redman Pkwy
Plant City, FL 33563

Platinum Bank
802 W. Lumsden Rd.
Brandon, FL 33511

Platinum Bank
c/o Burr & Forman, LLP
201 N. Franklin St., #3200
Tampa, FL 33602

Platinum Bank
Attn: David Sullivan
1804 James L Redman Pkwy
Plant City, FL 33563

Quality Metal Works
1207 Wood Ct.
Plant City, FL 33563

Radwell International, Inc.
PO Box 822828
Philadelphia, PA 19182-2828

Regina USA
305 E. Mahn Ct.
Oak Creek, WI 53154

Rexel, Inc.
14951 Dallas Pkwy
Dallas, TX 75254

Rexel, Inc.
c/o Marcadis Singer, PA
5104 S. Westshore Blvd.
Tampa, FL 33611

Richard Derk, CPA, PA
1555 Williamsburg Sq.
Lakeland, FL 33803-4277

Shingle and Gibb
845 Lancer Dr.
Moorestown, NJ 08057

Gregory Sidiofsky
181 University Ave.,Ste.1800
Toronto, Ontario
M5H3M7

SIO Machining
14241 60th St. N.
Clearwater, FL 33760

Staples
PO Box 7904
Saint Louis, MO 63179

Stine Gear & Machine Co.
PO Box 1157
Dallas, NC 28034

Strongarm Designs
425 Caredean Dr.
Horsham, PA 19044

SunTrust
Attn: Bankruptcy Dept.
PO Box 85092
MC-VA-WMRK-7952
Richmond, VA 23286

SunTrust Bank
Default Recovery Dept
PO Box 85041
Richmond, VA 23285-5041

SunTrust Bank
Default Recovery Dept
PO Bxo 85041
Richmond, VA 23285-5041

SunTrust Bank
Default Recovery Dept.
PO Bxo 85041
Richmond, VA 23285-5041

Synchrony Bank - Lowe's
c/o Monarch Recovery Mgmt
10965 Decatur Road
Philadelphia, PA 19154-3210

Synchrony Bank - Sam's Club
Business Credit
PO Box 965004
Orlando, FL 32896-5004

The Jack Barber Co.
3905 Tampa Rd.
Ste. 2311
Oldsmar, FL 34677

Ton-Tex Corp
PO Box 888283
Grand Rapids, MI 49588-8283

Tri-State Machine Co.
PO Box 235
Kings Mountain, NC 28086

Trinkle, Redman, Swanson
& Coton, PA
PO Box TT
Plant City, FL 33564-9040

UBM Cannon Communications
25589 Network Place
Chicago, IL 60673

UPS
PO Box 505820
The Lakes, NV 88905-5820

# United States Bankruptcy Court
## Middle District of Florida

In re  **B & M Industries, Inc.**                                                      Case No.

Debtor(s)                          Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 12,283.00 |
| Prior to the filing of this statement I have received | $ | 12,283.00 |
| Balance Due | $ | 0.00 |

2.  $ **1,717.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

  ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

☐ Debtor        ■ Other (specify):        **Additional fees and/or costs after depletion of the retainer shall be applied for**

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **July 16, 2015**                                         **/s/ Buddy D. Ford, Esquire**
                                                                          **Buddy D. Ford, Esquire 0654711**
                                                                          **Buddy D. Ford, P.A.**
                                                                          **115 N. MacDill Ave.**
                                                                          **Tampa, FL 33609**
                                                                          **(813)877-4669   Fax: (813)877-5543**
                                                                          **All@tampaesq.com**

---

# United States Bankruptcy Court
## Middle District of Florida

In re __B & M Industries, Inc.__          Case No. _____

Debtor(s)        Chapter    __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __B & M Industries, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__July 16, 2015__

Date

/s/ **Buddy D. Ford, Esquire**

**Buddy D. Ford, Esquire 0654711**

Signature of Attorney or Litigant

Counsel for __B & M Industries, Inc.__

**Buddy D. Ford, P.A.**
**115 N. MacDill Ave.**
**Tampa, FL 33609**
**(813)877-4669 Fax:(813)877-5543**
**All@tampaesq.com**